

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HOWE | : | CIVIL ACTION |
| Plaintiff, | : | NO. 10-5495 |
| v. | : | |
| LC PHILLY, LLC and KEVIN HOLOHAN | : | |
| Defendants. | : | |

FILED
APR 1 5 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 15th day of April 2011, upon consideration of the Complaint (Doc. No. 1), Defendants' Motion to Dismiss the Complaint (Doc. No. 2), Plaintiff's Amended Memorandum of Law in Opposition to the Motion to Dismiss (Doc. No. 6), Defendants' Reply Memorandum in Support of the Motion to Dismiss (Doc. No. 8), and the arguments made by counsel for all parties at a hearing held on February 16, 2011, it is ORDERED as follows:

1. Defendants' Motion to Dismiss (Doc. No. 2) is DENIED.

2. Defendants shall file an Answer to the Complaint within twenty (20) days from the date of this Order.

BY THE COURT:

JOEL H. SLOMSKY, J.